U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>PAVEL ZISSU and AISE ZISSU<br>vs.<br>IH2 PROPERTY ILLINOIS, L.P., a Delaware Limited Partnership | Case Number: 15-cv-2394 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAVEL ZISSU and AISE ZISSU

| |
|---|
| NAME (Type or print)<br>Anthony J. Peraica |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anthony J. Peraica |
| FIRM<br>Anthony J. Peraica & Associates, Ltd. |
| STREET ADDRESS<br>5130 S. Archer Avenue |
| CITY/STATE/ZIP<br>Chicago, Illinois 60632 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6186661 | TELEPHONE NUMBER<br>773-735-1700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐