

**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

4/28/2015

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Court Case # 15-CV-02394

**PAVEL ZISSU AND AISE ZISSU**
vs
**IH2 PROPERTY ILLINOIS, L.P.**

Jesse Rice, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **Lynanne Gares** at **CORPORATION SERVICES COMPANY 2711 CENTERVILLE ROAD STE 400 WILMINGTON, DE 19808** on 4/21/2015 at 4:10 PM a copy of SUMMONS AND COMPLAINT for **IH2 PROPERTY ILLINOIS, L.P.**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

Sheriff # 15-003965

**Jesse Rice**
**DEPUTY SHERIFF**
**NEW CASTLE COUNTY**

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 4/28/2015 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Jesse Rice, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

Notary Public