IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAVEL ZISSU and AISE ZISSU, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 15-cv-02394 |
| | ) |
| IH2 PROPERTY ILLINOIS, L.P., | ) Judge John Z. Lee |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Anthony J. Peraica
Selwyn M. Skevin
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632

    PLEASE TAKE NOTICE THAT on June 2, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall present IH2 Property Illinois, L.P.'s **Rule 12(B)(6) Motion to Dismiss the Complaint and Memorandum of Law in Support thereof**, before the Honorable John Z. Lee, or any judge sitting in his place and stead in Courtroom 1225 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, at which time and place you may appear as you see fit.

                                       Respectfully Submitted,

                                       IH2 PROPERTY ILLINOIS, L.P.

                                       By:    /s/ *Sonia S. Kinra*
                                                      One of its Attorneys

Miles V. Cohen (6242698)
Sonia S. Kinra (6271271)
Scott & Kraus, LLC
150 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
Phone: 312.327.1050
Fax:   312.327.1051
mcohen@skcounsel.com
skinra@skcounsel.com

## **CERTIFICATE OF SERVICE**

I, Sonia S. Kinra, an attorney, certify that a copy of the **Notice of Motion** and **Rule 12(B)(6) Motion to Dismiss the Complaint and Memorandum of Law in Support thereof** was served on the below recipient on May 22, 2015 pursuant to the United States District Court for the Northern District of Illinois' Electronic Case Filing System and in accordance with the General Order on Electronic Case Filing:

Anthony J. Peraica
Selwyn M. Skevin
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632

/s/ *Sonia S. Kinra*