# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Pavel Zissu, et al.
                    Plaintiff,

v.                                          Case No.: 1:15−cv−02394
                                            Honorable John Z. Lee

IH2 Property Illinois LP
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 2, 2015:


MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/2/15. The parties are to exchange Rule 26(a)(1) disclosures by 7/13/15; initial written discovery requests are to be served by 7/30/15. Fact discovery shall close on 11/9/15. By request of the parties, this case is referred to Magistrate Judge Kim for a settlement conference. Plaintiff's response to Defendant's motion to dismiss [12] is due by 7/7/15; reply due by 7/21/15. Status hearing set for 9/2/15 at 9:00 a.m. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.