**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Pavel Zissu, et al.

                        Plaintiff,

v.                                                      Case No.: 1:15−cv−02394
                                                          Honorable John Z. Lee

IH2 Property Illinois LP

                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: Settlement conference.(ca, )Mailed notice.

Dated: June 2, 2015

                                                                               /s/ John Z. Lee

                                                                United States District Judge