## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Pavel Zissu, et al.
                      Plaintiff,

v.                                                    Case No.: 1:15−cv−02394
                                                         Honorable John Z. Lee

IH2 Property Illinois LP
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2015:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. An in−person settlement conference is scheduled for October 13, 2015, at 10:00 a.m. in courtroom 1019. This is subject to rescheduling depending on the status of Defendant's motion to dismiss. A status hearing is scheduled for September 2, 2015, at 9:00 a.m. in Chambers 1000 immediately following the status hearing before the assigned District Judge. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.