# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Pavel Zissu, et al.
                        Plaintiff,

v.                                             Case No.: 1:15−cv−02394
                                                      Honorable John Z. Lee

IH2 Property Illinois LP
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2015:

      MINUTE entry before the Honorable Young B. Kim: In−chambers status hearing held and continued to November 12, 2015, at 9:00 a.m., immediately after the status hearing before the assigned District Judge. The in−person settlement conference scheduled for October 13, 2015, is rescheduled for December 3, 2015, at 10:00 a.m. in courtroom 1019. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.