## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Pavel Zissu, et al.

                         Plaintiff,

v.                                           Case No.: 1:15−cv−02394
                                              Honorable John Z. Lee

IH2 Property Illinois LP

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2015:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion for leave to file an amended complaint [33] is stricken. Plaintiff may refile the motion with the amended complaint attached, as well as a redline showing any changes. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.