

EXHIBIT 3

## NOTICE PURSUANT TO 735 ILCS 5/15-1508.5 BY PURCHASER TO KNOWN OCCUPANTS OF DWELLING UNIT OF MORTGAGED REAL ESTATE

TO: Aise Zissu
Pavel A. Zissu
Ecaterima Zissu a/k/a Ecaterina Zissu

_____

_____

Re: 6249 North Karlov Avenue, Chicago, Illinois 60646 (the "Mortgaged Real Estate")
Deutsche Bank National Trust Company v. Simona Zissu a/k/a Simona Roganovic, et al., Case Number 2009 CH 28229, Circuit Court of Cook County ("Foreclosure Action")

Please be advised that the Mortgaged Real Estate was the subject of the Foreclosure Action and as a result control of the Mortgaged Real Estate has changed.

IH2 PROPERTY ILLINOIS, L.P., a Delaware limited partnership, is the new owner of the Property. Please contact IH2 PROPERTY ILLINOIS, L.P. at 5509 North Cumberland Avenue, Suite 505, Chicago, Illinois 60656, (773) 893-1250, with any concerns about the Mortgaged Real Estate or to request repairs.

This Notice is NOT a notice to vacate the premises. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights that you may have.

IH2 PROPERTY ILLINOIS, L.P.

By: _____
Its: Authorized Signor

EXHIBIT 1



EXHIBIT 4

Date: May 6, 2014

To: Aise Zissu
Pavel A. Zissu
Ecaterima Zissu a/k/a Ecaterina Zissu

Address: 6249 North Karlov Avenue, Chicago, Illinois 60646 (the "Premises")

NOTICE OF INTENT PURSUANT TO 735 ILCS 5/15-1701(h)(4)

You are hereby notified that unless you are a *bona fide* tenant as that term is defined in Section 702(a)(2)(A) of the Federal Protecting Tenants at Foreclosure Act of 2009, your right to occupy the Premises shall terminate thirty (30) days after service of this notice on you and that at any time after ninety (90) days following service of this notice on you, if you continue to occupy the Premises, IH2 PROPERTY ILLINOIS, L.P., a Delaware limited partnership, owner of the Premises, intends to file a forcible entry and detainer action to have you evicted by the Sheriff of Cook County, Illinois.

If you have any questions, feel free to contact our office at (773) 893-1250.

IH2 Property Illinois, L.P., a Delaware limited partnership

By: _[signature]_
Its: Authorized Signor.

EXHIBIT 5

# NOTICE PURSUANT TO PROTECTING TENANTS AT FORECLOSURE ACT OF 2009

## NOTICE TO QUIT

TO: Aise Zissu, Pavel A. Zissu & Ecaterima Zissu a/k/a Ecaterina Zissu

ALL TENANTS/OCCUPANTS RESIDING AT

6249 North Karlov Avenue, Chicago, Illinois 60646
PROPERTY ADDRESS

### NOTICE IS HEREBY GIVEN THAT:

IH2 PROPERTY ILLINOIS, L.P., a Delaware limited liability company, or its successor in interest (the "Owner"), purchased the property commonly known as 6249 North Karlov Avenue, Chicago, Illinois 60646 (the "Property") at a judicial sale held in accordance with the Illinois Mortgage Foreclosure Act, 735 ILCS 5/15, *et seq.* (the "IMFL").

All future rents due pursuant to a *bona fide* lease or tenancy should be paid to the Owner at 5509 North Cumberland Avenue, Suite 505, Chicago, Illinois 60656.

### NOTICE IS ALSO HEREBY GIVEN THAT:

If you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the Federal "Protecting Tenants at Foreclosure Act of 2009" (the "PTFA"), you may have certain rights and protections pursuant to the PTFA. Under the PTFA, a tenancy is *bona fide* if: (1) the mortgagor or the child, spouse, or parent of the mortgagor under the contract (i.e. lease or other agreement) is not the tenant; (2) the lease or tenancy was the result of an arms-length transaction; (3) the lease or tenancy requires the receipt of rent that is not substantially less than fair market rent for the property or the unit's rent is reduced or subsidized due to a Federal, State, or local subsidy.

If you are a *bona fide* tenant, you are required to vacate and surrender possession of the Property, or the portion of the Property in which you reside to the Owner on the later of the 91st date after service on you of this Notice or the day your lease expires. In order to verify that you are a *bona fide* tenant, we ask that you please provide the Owner at 5509 North Cumberland Avenue, Suite 505, Chicago, Illinois 60656, with evidence of your tenancy or that you are protected by Section 703 of the PTFA.

If you fail to provide evidence that you are either a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or that you are protected by Section 703 of the PTFA, the Owner may begin proceedings to have you evicted from the Property on the 91st day after service of this Notice.

If you are a bona fide tenant and fail to vacate and surrender possession of the Property on the later of the 91st day after service on you of this Notice or the day after your lease expires, the Owner may begin proceedings to have you evicted from the Property.

Please see Page 3 of this Notice for a description of documents you may provide to Owner to demonstrate your bona fide tenancy and for instructions on how to deliver such documents to the Owner.

Please be advised that the failure to exercise your potential legal rights may result in legal action for possession of the Property. Please contact a lawyer to determine your legal rights under Illinois and Federal law.

This Notice is given pursuant to the provisions of the PTFA and Illinois Code of Civil Procedure, 735 ILCS 5/15, *et seq.*, 735 ILCS 5/9-101 *et seq.*

If you are an active member of the United States Armed Forces, you may be entitled to rights as provided by Federal and Illinois Law. If this is the case, please contact us to discuss your tenancy. Please contact a lawyer to determine your legal rights pursuant to the applicable Civil Relief Acts.

Dated: May 6, 2014

Owner:

IH2 PROPERTY ILLINOIS, L.P., a Delaware limited liability company

By: _[signature]_

Its: Authorized Signor.

## TENANT INFORMATION – BONA FIDE TENANT ENTITLED TO PROTECTION

IF YOU ARE A TENANT of the prior owner, please provide the following documents:

- A copy of your lease. If the lease is oral, please provide the term of the lease, the amount of monthly rental payment, and other relevant lease terms;
- A phone number and email address for all occupants of the property;
- Proof of monthly rental payment for the last four (4) payments made to the landlord, owner, management company, association, or other party, of the property located at 6249 North Karlov Avenue, Chicago, Illinois 60646 and the current month's rental payment; and
- Please advise if you are a Section 8 tenant.

by mail, and/or in person to:

IH2 Property Illinois, L.P.
c/o Invitation Homes
5509 North Cumberland, Suite 505
Chicago, Illinois 60656

For any questions, please call: (773) 893-1250.

Dated: May 6, 2014

Owner:

IH2 Property Illinois, L.P., a Delaware limited partnership

By: _____

Its: Authorized Signor.

Contact Information:

Elegija Crites
Invitation Homes
5509 North Cumberland, Suite 505
Chicago, Illinois 60656
Phone: (773) 893-1250

Date: May 6, 2014

To: Aise Zissu
Pavel A. Zissu
Ecaterima Zissu a/k/a Ecaterina Zissu



EXHIBIT 6

## NOTICE TO TENANTS PURSUANT TO THE PROTECTING TENANTS IN FORECLOSED RENTAL PROPERTY ORDINANCE

This Notice to Tenants is given under Chapter 5-14-040(a) of the Chicago Municipal Code.

THIS IS NOT A NOTICE TO VACATE THE PREMISES. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any right that you may have.

Pursuant to the City of Chicago's Protecting Tenants in Foreclosed Rental Property Ordinance, if you are a qualified tenant you may be eligible for relocation assistance in the amount of $10,600 unless the owner offers you the option to renew or extend your current written or oral rental agreement with an annual rent that: (1) for the first twelve months, does not exceed 102% of your current annual rent; and (2) for any twelve-month period thereafter, does not exceed 102% of the immediate prior twelve-month period's annual rent. The option to renew or extend your lease shall continue until the property is sold to a bona fide third-party purchaser.

If you are eligible as a qualified tenant and the owner fails to pay the relocation assistance that is due, you may bring a private cause of action in a court of competent jurisdiction seeking compliance with the Protecting Tenants in Foreclosure Rental Property Ordinance, Chapter 5-14 of the Municipal Code of Chicago, and the prevailing plaintiff shall be entitled to recover, in addition to any other remedy available, his damages and reasonable attorney's fees.

Name of Owner or Owner's Agent:

    IH2 Property Illinois LP

Address:    5509 North Cumberland, Suite 505

    Chicago, Illinois 60656

Telephone Number:    (773) 893-1250

By: _My_
Its: _Authorized Signor_



EXHIBIT 7

IH2 Property Illinois, LP, a Delaware Limited Partnership
Plaintiff(s),

Case No.: **NONE**

**AFFIDAVIT OF SERVICE**

vs.

Aise Zissu, et al.
Defendant(s),

---

I, **Gary McDaniels**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Notice Pursuant to New Purchaser of Property 1508.5 Notice, 90 Day Notice of Termination of Tenancy and Notice Pursuant to Protecting Tenants at Foreclosure Notice Pursuant to Protecting Tenants Renting Foreclosed Properties in Chicago**

Defendant to be served: **Ecaterima Zissu a/k/a Ecaterina Zissu**

Address where served: **6249 North Karlov Avenue, Chicago, IL 60646**

On **May 09, 2014** at **9:47 AM**, I served the within named defendant in the following manner:

**SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with **Pavel A. Zissu**, (Relationship) **Co-Occupant**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on **May 13, 2014**.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **White** - Approx. Age: **55-60** - Height: **6'** - Weight: **180**

Comments: The recipient was wearing eyeglasses.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
**Gary McDaniels**

State of _IL_
County of _Cook_

Subscribed and Sworn to before me on this
_13_ day of _May_, 20_14_

_Candy L McDaniels_
Signature of Notary Public

"OFFICIAL SEAL"
Candy L McDaniels
Notary Public, State of Illinois
My Commission Expires 7/14/2014

Job: 247718
File:

IH2 Property Illinois, LP, a Delaware Limited Partnership
Plaintiff(s),

vs.

Aise Zissu, et al.
Defendant(s),

Case No.: NONE

**AFFIDAVIT OF SERVICE**

I, **Gary McDaniels**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

**Type of Process: Notice Pursuant to New Purchaser of Property 1508.5 Notice, 90 Day Notice of Termination of Tenancy and Notice Pursuant to Protecting Tenants at Foreclosure Notice Pursuant to Protecting Tenants Renting Foreclosed Properties in Chicago**

Defendant to be served: **Pavel A. Zissu**

Address where served: **6249 North Karlov Avenue, Chicago, IL 60646**

On **May 09, 2014** at **9:47 AM**, I served the within named defendant in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named defendant personally.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **White** - Approx. Age: **55-60** - Height: **6'** - Weight: **180**

Comments: The recipient was wearing eyeglasses.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X_____
Gary McDaniels

State of **IL**
County of **Cook**

Subscribed and Sworn to before me on this
**13** day of **May**, 20**14**

_____
Signature of Notary Public

"OFFICIAL SEAL"
Candy L McDaniels
Notary Public, State of Illinois
My Commission Expires 7/14/2014

Job: 247717
File:

IH2 Property Illinois, LP, a Delaware Limited Partnership
Plaintiff(s),

Case No.: NONE

**AFFIDAVIT OF SERVICE**

vs.

Aise Zissu, et al.
Defendant(s),

I, **Gary McDaniels**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Notice Pursuant to New Purchaser of Property 1508.5 Notice , 90 Day Notice of Termination of Tenancy and Notice Pursuant to Protecting Tenants at Foreclosure Notice Pursuant to Protecting Tenants Renting Foreclosed Properties in Chicago**

Defendant to be served: **Aise Zissu**

Address where served: **6249 North Karlov Avenue, Chicago, IL 60646**

On **May 09, 2014** at 9:47 AM, I served the within named defendant in the following manner:

**SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with **Pavel A. Zissu**, (Relationship) **Co-Occupant**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on **May 13, 2014**.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **White** - Approx. Age: **55-60** - Height: **6'** - Weight: **180**

Comments: The recipient was wearing eyeglasses.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
Gary McDaniels

State of IL
County of Cook

Subscribed and Sworn to before me on this
13 day of May, 20 14
_____
Signature of Notary Public

"OFFICIAL SEAL"
Candy L McDaniels
Notary Public, State of Illinois
My Commission Expires 7/14/2014

Job: 247712
File:

Order for Possession (3/26/12) CCM N114

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT ___First___ DISTRICT

IH2 property Illinois LP
**Plaintiff(s)**

v.

Aise Zissu, Pavel A. Zissu, Ecaterima Zissu aka Gcaterina Zissu
**Defendant(s)**

No. 14 M1 719136

### ORDER FOR POSSESSION

This cause coming on to be heard upon the complaint of the Plaintiff(s), IH2 Property Illinois, LP _____, and the issues thereof having been heard and determined by ___Court___ (court) (jury) and said ___Court___ (court) (jury) having found that the Plaintiff(s) __IH2 property Illinois, LP__ is/are entitled to the possession of the premises described herein.

**IT IS THEREFORE ORDERED AND ADJUDGED:**

1. That the Plaintiff(s) have and recover of and from the Defendant(s), Aise Zissu, Pavel A. Zissu, Ecaterima Zissu a/k/a Gcaterina Zissu, the possession of the following described premises:

Name: _____
Address: 6249 N. Karlov
Floor - Apt No.: _____
City - State - Zip: Chicago, Illinois 60646

2. That the Plaintiff(s) have and recover of and from the Defendant(s), ~~N/A~~ the sum of _____ dollars and costs.

3. Enforcement of this judgment is stayed until __10/30/14__ (date)

I hereby certify the above to be correct.

Dated: _____
(Seal of Clerk of Circuit Court)

Clerk of the Circuit Court of Cook County, Illinois

Atty. No.: 90235
Atty. Name: Deutsch, Levy & Engel
Atty. for Plaintiff (or) Pro Se Plaintiff: Plaintiff
Address: 225 W. Washington, 1700
City/State/Zip: Chicago, IL 60606
Telephone: _____

*This order is the command of the Circuit Court and violation thereof is subject to the penalty of law.*

Associate Judge Alfredo Maldonado

ENTERED: OCT 1 6 2014
Dated: Circuit Court - 2113

DUPLICATE ORIGINAL

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Copy Distribution - White: 1. ORIGINAL - FILE CLERK'S OFFICE Green: 2. FILE SHERIFF'S OFFICE
Canary: 3. FILE WITH SHERIFF'S OFFICE Pink: 4. SHERIFF'S OFFICE Gold: 5. RETAIN FOR YOUR RECORDS

EXHIBIT 2

9216
9217
Order/Forcible (This form replaces CCM1-0622)                CCM N622-50M-2/28/05 (43480658)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT/ 1st DISTRICT

EHZ Property

Plaintiff(s)

v.

Z Graham et al

Defendant(s)

No. 14 M1 719136

## ORDER

* 1. Defendant's motion to stay eviction is ☐ granted ☒ denied.
2. ~~Eviction is hereby stayed for ___ additional days.~~
3. ~~No further stays will be allowed.~~

*If the defendant's motion is denied, eliminate paragraph 2 and 3.
If the defendant's motion is granted, eliminate only the paragraph(s) that do not apply.

ENTERED:

Atty. No.: 54011
Name: Anthony J. Peraica & Associates, Ltd
Attorney for: Defendant
Address: 5130 S. Archer Ave
City/State/Zip: Chicago, IL 60632
Telephone: (773) 735-1700

Dated: DEC 17 2014

Associate Judge Alfredo Maldonado
Circuit Court
Judge    Judge's No. 2173

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



**EXHIBIT 3**

| | |
|---|---|
| From: | |
| Sent: | Tuesday, January 13, 2015 1:38 PM |
| To: | Lauren H. Lukoff; Joel A. Stein |
| Cc: | Erica M. Del Aguila; Ryan D. Janski |
| Subject: | RE: 6249 N Karlov, Chicago, IL  RE: IH2 v. Zissu |

Lauren,

Since we still have not heard from your client, we are withdrawing our offer.

Sincerely,

Selwyn M. Skevin
Associate Attorney
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Ave.
Chicago, IL 60632
Ph. (773) 735-1700 ext. 3550
Fax. (773) 585-3035

Confidentiality Notice: This message (and any associated files) is/are intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright, attorney-client privilege, and/or constitutes a trade secret. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this message, or files associated with it, is strictly prohibited. If you received this message in error, please notify us immediately to arrange for the return or destruction of these documents.



EXHIBIT 4

IN THE CIRCUIT COURT OF COOK COUNTY
MUNICIPAL DEPARTMENT - FIRST DISTRICT

IH2 Property Illinois, L.P., )
a Delaware limited partnership, )
 )
         Plaintiff, ) Case No. 14-M1-719136
v. ) 
 ) 6249 N. Karlov Avenue
Aise Zissu, an individual; Pavel A. ) Chicago, Illinois 60646
Zissu, an individual; Ecaterima )
a/k/a Ecaterina Zissu, an individual; )
        Defendants. )

### NOTICE OF MOTION

TO:    Deutsch, Levy & Engle, Chartered
         225 West Washington St., Ste 1700
         Chicago, Illinois 60606

On __2/9_, 2015, at _2:00_ a.m/p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Alfredo Maldonado presiding or any judge sitting in his stead, in courtroom __1404__ of the Richard J. Daley Center, Chicago, Illinois, and then and there present Defendants' Motion for Substitution of Judge, a copy of which is attached hereto and herewith served upon you. to Extend Stay

Anthony J. Peraica & Associates, LTD.    Attorneys at Law
5130 S. Archer Avenue    Chicago, IL 60632
773-735-1700    Attorney Code No. 54011

### PROOF OF SERVICE

I, Anthony Peraica, an attorney, certify that I served the attached documents by mailing a copy to the above mentioned attorney at his respective address listed above, and depositing the same in the U.S. mail at 5130 South Archer Avenue, Chicago, Illinois, at or prior to the hour of 5:00 p.m. on __1/14__, 2015, and by facsimile with proper postage prepaid.



IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNCIPAL DEPARTMENT, FIRST DISTRICT

FILED B - 17
2015 JAN 13 PM 2:16

IH2 Property Illinois, L.P., a Delaware )
Limited Partnership, )
 )
           Plaintiff, )
 )
v. ) No. 14 M1 719136
 )
Aise Zissu, an individual; Pavel A. Zissu, ) 6249 N. Karlov Avenue
an individual; Ecaterima Zissu a/k/a ) Chicago, Illinois 60646
Ecaterina Zissu, an individual, )
 )
           Defendants. )

## DEFENDANTS' MOTION TO EXTEND STAY OF ORDER FOR POSSESSION

NOW COME the Defendants, Aise Zissu, an individual, Pavel A. Zissu, an individual and Ecaterima Zissu a/k/a Ecaterina Zissu, an individual (or "Defendants"), by and through their attorneys, Anthony J. Peraica & Associates, Ltd., and in support of their Motion to Extend Stay of Order for Possession respectfully state unto this Honorable Court as follows:

1. That on October 16, 2014, an order for possession was entered by this Court. The order for possession was entered in favor of the Plaintiff and against Defendants with regard to the property located at 6249 N. Karlov Avenue, Chicago, Illinois 60646 ("the Property"). A copy of the order for possession is attached hereto as Exhibit "A."

2. The Defendants have been diligently searching for new housing and have now found a suitable place to live. As further evidence that the Defendants will vacate the premises, Defendants have retained movers, Coffey Bros. Moving, and paid for their services. Attached as Exhibit "B" a receipt evidencing Defendant's retention of Coffey Bros. Moving.

3. It is thus based on equitable grounds that Defendants request the herein stay of the October 16, 2014 Order for Possession.

4. The prejudice suffered by Defendants if the herein motion is denied far exceeds that which Plaintiff will suffer if it is in fact granted.

Wherefore, the Defendants, Aise Zissu, an individual, Pavel A. Zissu, an individual and Ecaterima Zissu a/k/a Ecaterina Zissu, an individual, respectfully request that this Honorable Court grant their motion and extend the stay of the order for possession until February 2nd, 2015 and for such other relief as this Court deems just and equitable.

Respectfully submitted,

By: _____
ANTHONY J. PERAICA

Anthony J. Peraica & Associates, Ltd.
Attorneys for Defendants
5130 South Archer Avenue
Chicago, Illinois 60632
773-735-1700
Atty. No. 54011

Order for Possession (3/26/12) CCM N114

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT First DISTRICT

IH2 property Illinois LP
Plaintiff(s)
v.
No. 14 M1 719136
Aise Zissu, Pavel A. Zissu, Fraterima Zissu a/k/a Caterina Zissu
Defendant(s)

## ORDER FOR POSSESSION

This cause coming on to be heard upon the complaint of the Plaintiff(s), IH2 Property Illinois LP _____, and the issues thereof having been heard and determined by Court (court) (jury) and said Court (court) (jury) having found that the Plaintiff(s) IH2 property Illinois LP is/are entitled to the possession of the premises described herein.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. That the Plaintiff(s) have and recover of and from the Defendant(s), Aise Zissu, Pavel A. Zissu, Aterima Zissu a/k/a Caterina Zissu, the possession of the following described premises:
Name: _____
Address: 6749 N. Karlov
Floor - Apt No.: _____
City - State - Zip: Chicago, Illinois 60646

2. That the Plaintiff(s) have and recover of and from the Defendant(s), ~~~~~ the sum of _____ dollars and costs.

3. Enforcement of this judgment is stayed until 10/30/14
(date)

I hereby certify the above to be correct.
Dated: _____

(Seal of Clerk of Circuit Court)

Clerk of the Circuit Court of Cook County, Illinois

Atty. No.: 90235
Atty. Name: Deutsch, Levy & Engel
Atty. for Plaintiff (or) Pro Se Plaintiff: Plaintiff
Address: 225 W. Washington, 1700
City/State/Zip: Chicago, IL 60606
Telephone: 312-346-1460

ENTERED:
Dated:

*This order is the command of the Circuit Court and violation thereof is subject to the penalty of law.*

Associate Judge Alfredo Maldonado
OCT 16 2014
Circuit Court - 2113

Judge

EXHIBIT A

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Copy Distribution - White: 1. ORIGINAL - FILE CLERK'S OFFICE  Green: 2. FILE SHERIFF'S OFFICE
Canary: 3. FILE WITH SHERIFF'S OFFICE  Pink: 4. SHERIFF'S OFFICE  Gold: 5. RETAIN FOR YOUR RECORDS

here is the proof of down payment

---------- Forwarded message ----------
From: <DoNotReply@billing-notification.com>
Date: Thu, Dec 18, 2014 at 12:14 PM
Subject: THE MOVING SPECIALISTS - Transaction Receipt for 154.50
To: paulzisu@gmail.com

Coffey Bros. Moving
3236 N. Pulaski
Chicago IL, 60641
773-628-7798
coffeybros@gmail.com
www.coffeybrosmoving.com

Term ID: 001

## Sale - Approved

| | |
|---|---|
| Date | 12/18/14    Time 13:13:38 |
| Method of Payment | Visa |
| Entry Method | Manual |
| Customer Name | Pavel Zissu |
| Account # | XXXXXXXXXXXX0474 |
| Order ID | 02021507 |
| Approval Code | 018048 |
| **Amount** | **154.50** |

Thank You for your business!

Customer Copy

EXHIBIT B