UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Pavel Zissu, et al.
                                        Plaintiff,
v.                                                        Case No.: 1:15−cv−02394
                                                          Honorable John Z. Lee
IH2 Property Illinois LP, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 29, 2016:

MINUTE entry before the Honorable Young B. Kim: After reviewing the parties' settlement position letters, the court proposed a settlement bracket as a condition to keeping the scheduled settlement conference. Parties are ordered to contact the court separately by email, accepting or rejecting the recommended bracket, by no later than March 2, 2016, at 2:00 p.m. Today's status hearing is cancelled. The court will issue a follow−up order on March 3, 2016, either keeping or cancelling the in−person settlement conference scheduled for March 7, 2016. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.