# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAVEL ZISSU and AISE ZISSU, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 15-cv-02394 |
| ) | |
| IH2 PROPERTY ILLINOIS, L.P., a ) | |
| Delaware Limited Partnership and ) | Judge John Z. Lee |
| THR BROKERAGE IL INC. d/b/a ) | |
| INVITATION HOMES, a Delaware ) | |
| Limited Partnership, ) | |
| ) | |
| Defendants. ) | |

## AGREED STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that the parties have reached a settlement and said action shall be dismissed, in its entirety, with prejudice, and with each party to bear his/her/its own fees and costs.

/s/ Anthony J. Peraica                             /s/ Miles V. Cohen
    Anthony J. Peraica                                Miles V. Cohen

Attorney for Plaintiffs                         Attorney for Defendants
Anthony J. Peraica & Associates, Ltd.     Scott & Kraus, LLC.
5130 S. Archer Ave.                          150 S. Wacker Drive, Suite 2900
Chicago, IL 60632                             Chicago, IL 60606
(773) 735-1700                                (312) 327-1059