**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Pavel Zissu, et al.

                              Plaintiff,

v.                                                        Case No.: 1:15−cv−02394
                                                            Honorable John Z. Lee

IH2 Property Illinois LP, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 18, 2016:

       MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion to withdraw motion to re−open lawsuit to enforce settlement agreement [65] is granted. Plaintiff's motion to re−open lawsuit [62] is withdrawn. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.